Dennis J. Egan for use of Atchison, Topeka & Santa Fe Railway Company, appellee, v. A. M. Gerber and Isaac Ward, appellants. Gen. No. 34,122.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed October 14, 1930.

Otto Baer and Max Ward, for appellants; Ward & Curtis, of counsel. Emmet Trainor, F. W. Miller and A. T. Belshé, for appellee; E. E. McInnis, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Lena Hoehn, plaintiff in error, v. Otto Frerks and Meta Frerks, defendants in error. Gen. No. 34,161.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Edward J. Kelley and Eugene W. Rogers, for plaintiff in error. McKenna & Harris, for defendants in error; James J. McKenna and Abraham W. Brussell, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Oscar Rubin, appellee, v. Louis Kaplan and Jacob Kaplan, appellants. Gen. No. 34,170.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed October 14, 1930. Rehearing denied October 27, 1930.

Morris K. Levinson, for appellants. Clark & Clark, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Jeannette R. Feingold, appellant, v. Maurice R. Feingold, appellee. Gen. No. 34,237.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930. Rehearing denied October 27, 1930.

Samuel J. Andalman, for appellant. Gallagher, Shulman & Abrams, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.